UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HAYNES,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | No. 1:19-cv-00813-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER, DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. Nos. 1, 3, 8, 9, & 11) |

Plaintiff Stephen Haynes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on June 11, 2019. (Doc. No. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2019, plaintiff moved for a temporary restraining order. (Doc. No. 3). On March 4, 2020, the assigned magistrate judge entered findings and recommendations, recommending that the motion for a temporary restraining order be denied. (Doc. No. 10). Plaintiff was provided an opportunity to file objections to those findings and recommendations within twenty-one days.

/////

On April 21, 2020, the magistrate judge entered findings and recommendations, recommending that this action be dismissed, with prejudice, due to plaintiff's failure to state a claim upon which relief may be granted under § 1983, failure to prosecute, and failure to comply with a court order. (Doc. No. 11). Plaintiff was provided an opportunity to file objections to those findings and recommendations within twenty-one days.

The twenty-one-day periods for the filing of objections to both findings and recommendations have expired and plaintiff has not filed objections to either.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on March 4, 2020 (Doc. No. 10), and April 21, 2020 (Doc. No. 11), are ADOPTED IN FULL;
2. Plaintiff's motion for a temporary restraining order (Doc. No. 3) is DENIED;
3. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2)(B)(ii) this action is DISMISSED due to plaintiff's failure to state a claim upon which relief may be granted under § 1983, as well as plaintiff's failure to prosecute and failure to comply with a Court order; and
4. The Clerk of the Court is directed to assign a district judge to this matter and then to CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

_____
UNITED STATES DISTRICT JUDGE